IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

Courtney Boyd #208921
Plaintiff(s)

2:07CV403-mef

vs.

CPl J.W. Solomon
Defendant(s)

I, Courtney Boyd, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   
   N/A

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   
   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)

   D. Gifts or inheritances?   YES ( )   NO (✓)

   E. Any other sources?   YES ( )   NO (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   
   N/A

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO ( )

   If the answer is YES, describe the property and state its approximate value. _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _N/A_

_____
Signature of Affiant

I, sign this under the penalty of perjury, because I can't get a notary public. This is what I have in my prison account. _[signature]_

STATE OF ALABAMA    )
COUNTY OF_____   )

Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this _7_ day of _May_, _2007_.

_____
Notary Public

_____County, Alabama

O R

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY


AIS #: 208921      NAME: BOYD, COURTNEY JAMES          AS OF: 05/07/2007

                   # OF        AVG DAILY         MONTHLY
         MONTH     DAYS        BALANCE           DEPOSITS
         ----------------------------------------------------------

         MAY       24          $0.23             $0.00
         JUN       30          $0.23             $0.00
         JUL       31          $0.23             $0.00
         AUG       31          $0.23             $0.00
         SEP       30          $0.03             $0.00
         OCT       31          $0.57             $2.23
         NOV       30          $2.23             $0.00
         DEC       31          $2.23             $0.00
         JAN       31          $2.23             $0.00
         FEB       28          $2.23             $0.00
         MAR       31          $2.23             $0.00
         APR       30          $2.23             $0.00
         MAY        7          $2.23             $0.00
```

*Bal 2.23*

*Ms Faulk, Acct Clerk*