IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd #208792
    Plaintiff
VS.                                   Civil Action No: 2:07CV403-mef
CPL. J.W. Solomon
    Defendant

Motion For Discovery Prior To Special
Report From Defendant:

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Rule 26 Fed. R. Civ. Proce. The Plaintiff Submit the following:

1. Plaintiff will like for the Defendant to Produce a Clear copy of everything under Case No: 001492?

2. Produce a Clear Copy of the Complaint, Affidavit, Warrant of Arrest?

3. Produce a Clear Copy of the Statment @ taking of All witnesses, including the victim Cornielous Loyd, and the Plaintiff.

4. Produce a Clear Copy of the Defendant Complete Educational background, including any Special Classes?

5. Produce a Clear Copy of the Defendant Personal Department file, this incuid everything?

Page 1

Wherefore, The Plaintiff prays that the Defendant will forward him the above, because it's need to prove his claim. The Plaintiff request that the Defendant forward the above within (20) days of receiving this complaint.

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Middle District of Alabama, by placing it into Easterling corr. Fac. Mail Box on May 7 2007

Page 2