IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208521
Plaintiff
vs.
CPL. J. W. Solomon
Defendant

C. V. Action No: 2:07cv403-mef

## Motion For Interrogatories Prior To Special Report From Defendant;

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court pro/se pursuant to Rules 26 & 33 Fed. R. Civ. Proce, present his interrogatories direct at the Defendant CPL. J. W. Solomon, who shall answer these interrogatories under oath with (20) days of receiving them;

## INTERROGATORIES

1. List your full names?
2. How old are you?
3. How long have you been a resident of Alabama?
4. How long have you been employed by Montgomery Police Department?
5. Have you ever been arrested for anything before or during your employment? If yes, list each one, and what happen?
6. Have you ever had a serious complaint or just complaint filed against you? If yes, produce a clear copy of them?
7. Can an Officer sign an affidavit and warrant of arrest as the complaintant of the offense?

page 1

8. Can an Officer ~~Arrests~~ Arrests anyone where there is no Complaint ant filed by the victim?

9. Can a Complaint and Affidavit only stated the law in which the crime is been charged, or ~~does~~ must it described the offense and the place where the offense happen?

10. Does the Complaint and Affidavit have to state facts of offense being complained of?

11. Does the Complaint and Affidavit have to written statement of the victim of the offense, described the incident ~~occurred~~ occurred?

12. Can an officer who is not the arresting officer sign the Complaint, Affidavit, Warrant against suspect?

13. Can an Officer go the Magistrate or Judge and only cite on the Statute of the offense an that be insufficient to constitutes a warrant of arrest?

14. Does the law states that an officer can sign a Complaint, Affidavit, Warrant, ~~where~~ no offense had been committed in his presence or view?

15. Does the victim have to testify under oath in front of the Magistrate or Judge in his or her own opinion of an offense that has ~~occurred~~ in order for the magistrate or Judge to issue a Warrant of ~~an~~ Arrest?

Wherefore the plaintiff prays that the Defendant will answer the above questions within (20) of receiving this motion.

Page 2

Certificate Of Service

I hereby certify I have served a copy of the foregoing upon the Middle District of Alabama, by placing it in Easterling Corr. Facs. Mail Box on: May 7, 2007

*[signed]* Cathy Byrd

page 3