IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-403-MEF |
| | ) |
| J. W. SOLOMON, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on May 9, 2007 (Court Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of May, 2007.

                          /s/ Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE