**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 7, 2007

# NOTICE OF DOCKETING ERROR

To:    ALL COUNSEL OF RECORD

**Case Style:   Courtney Boyd v. J. W. Solomon**
**Case Number:    2:07-cv-403-MEF**

**Docket Entry Number:    10**

**The above referenced MOTION was filed in the wrong case on 6/7/2007. This pleading is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**