IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, #208921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-403-MEF |
| | ) | |
| J. W. SOLOMON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of the objection filed by the plaintiff on June 7, 2007 (Court Doc. No. 9), and for good cause, it is

ORDERED that the Recommendation entered on May 18, 2007 be and is hereby WITHDRAWN. It is further

ORDERED that the objection be construed as an amendment to the complaint filed in this case.

Done this 7th day of June, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE